IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED EUGENE MACHADO,

    Petitioner,                    No. CIV S-01-1906 GEB GGH P

    vs.

TOM CAREY, et al.,

    Respondent.                 ORDER

_____/

    On July 11, 2005, respondent filed an answer. However, on March 23, 2005, judgment was entered. Respondent apparently intended to file the answer in CIV S-05-0278 LKK GGH P.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The answer filed July 11, 2005, is stricken;

    2. Within ten days of the date of this order, respondent shall file the answer in CIV S-05-0278 LKK GGH P.

DATED: 8/16/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

mach1906.dis

1